UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br> </br> v. </br> </br> RAUL SANTOS, </br> </br> Defendant | Criminal No.  20cr10211 </br> </br> Violation: </br> </br> <u>Count One</u>:  Aiding Preparation </br> of a False Tax Return </br> (26 U.S.C. § 7206(2)) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. Defendant RAUL SANTOS resided in Revere, Massachusetts.  SANTOS operated a restaurant in Chelsea, Massachusetts, and a restaurant in Revere, Massachusetts, that were held in the names of two corporations, Taqueria Eucalipto Corporation and Taqueria Eucalipto Corporation II, respectively (jointly, the "Taquerias").  SANTOS was the sole shareholder of the Taquerias.

2. SANTOS operated each of the Taquerias as an "S-Corporation" for federal tax purposes.  S-Corporations pass corporate income, losses, deductions, and credits through to their shareholders for federal tax purposes.

3. As S-Corporations, the Taquerias were required by law to report their annual gross receipts or sales, expenses, and resulting income or loss on a United States Income Tax Return for an S Corporation, Form 1120S ("Form 1120S"), but were not required to pay federal

income taxes directly. Instead, the Taquerias' income (or loss) passed through to SANTOS as the sole shareholder.

4. Under the Internal Revenue Code and attendant regulations, individual taxpayers generally must accurately report their income, attendant tax obligations, and, where appropriate, any claim for a refund on a U.S. Individual Income Tax Return, Form 1040 ("Form 1040"), which must be filed with the Internal Revenue Service of the United States Department of the Treasury ("IRS"). SANTOS annually filed Form 1040 as a single person.

## The False Tax Return

5. For the tax years 2015 to 2018, SANTOS caused his tax preparer to prepare and file Forms 1120S for the Taquerias, and Forms 1040 for himself, that reported approximately $3,002,643 in gross receipts from the Taquerias.

6. In fact, the Taquerias actually generated gross receipts of approximately $5,439,922 during that period. SANTOS deposited the difference, totaling approximately $2,437,279, in cash, into personal and jointly-held banking accounts.

7. As a result, SANTOS underreported his income for the tax years 2015 to 2018, and did not pay more than $841,887 in taxes due and owing for that period.

<u>COUNT ONE</u>
Aiding Preparation of a False Tax Return
(26 U.S.C. § 7206(2))

The United States Attorney charges:

8. The United States Attorney re-alleges and incorporates by reference paragraphs 1-7 of this Information.

9. On or about February 19, 2019, in the District of Massachusetts, the defendant,

RAUL SANTOS,

a resident of Saugus, Massachusetts, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2018.  The return was false and fraudulent as to a material matter, in that it reported on Line 6, "Total income," a total income of $111,331, whereas, as the defendant then and there knew, his total income was substantially greater than the reported amount.

All in violation of Title 26, United States Code, Section 7206(2).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Kriss Basil_____
Kriss Basil
Assistant U.S. Attorney