UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RAUL SANTOS, )<br>)<br>Defendant. )<br>) | Criminal No. 20-cr-10211-RWZ |

### ASSENTED TO MOTION FOR RETURN OF PASSPORT

The defendant, Raul Santos, through undersigned counsel, moves for the return of his passport that he surrendered pursuant to this Court's Order Setting Conditions of Release. (Docket No.: 8).

On May 6, 2021, this Court sentenced the defendant to three years' probation, no fine, $841,887.00 in restitution and a $100 mandatory special assessment. The defendant would like to regain possession of his passport so that he can be responsible for its safekeeping. While on probation he will not travel outside the United States without prior approval from his Probation Officer or the Court.

Counsel for the government assents to this Motion.

*Allowed and so ordered*
*Rya W Zobel*
*5/13/21*

RAUL SANTOS

By his attorneys,

*/s/ George W. Vien*
George W. Vien (BBO# 547411)
Joshua N. Ruby (BBO# 679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600

Boston, Massachusetts 02110
(617) 720-2880

Dated: May 11, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2021.

*/s/ George W. Vien*
George W. Vien
